United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARREN SEIGEL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-102 |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| AS TRUSTEE FOR THE STRUCTURED | § | |
| ASSET INVESTMENT LOAN TURST, | § | |
| MORTGAGE PASS-THROUGH | § | |
| CERTIFICATES, SERIES 2005-10, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Agreed Motion to Reset Deadline for Plaintiffs' Response To Defendant's Motion For Summary Judgment (Dkt. 27) is **GRANTED**. The deadline for the Plaintiffs to file their response is reset from August 31, 2016 to September 6, 2016.

SIGNED at Galveston, Texas, this 31st day of August, 2016.

_____
George C. Hanks Jr.
United States District Judge